# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLER D. PINNT,<br><br>    Defendant. | Cause No. CR 21-12-H-BMM<br><br>**ORDER AMENDING<br>CONDITIONS OF RELEASE** |

Defendant Tyler D. Pinnt moved this Court for an Order amending his conditions of release on June 3, 2022. The Government does not object to the relief requested.

The Court has reviewed Defendant's motion and finds there is good cause to grant the requested relief. Accordingly,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED, and Defendant's conditions of bond are amended to permit supervised contact with certain minor members of his family, along with the parents of those minor children, as specified in Defendant's unopposed motion. All other conditions remain in effect as originally set, pending sentencing.

DATED this 3rd day of June 2022.

_____
Brian Morris, Chief District Judge
United States District Court