IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TYLER D. PINNT, Defendant. | CR 21-12-H-BMM FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on February 28, 2022 (Doc. 21);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1) (Doc. 24);

1

4.  It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.  The Motion for Final Order of Forfeiture is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

    - iPhone 6, S/N C7JPJ9WNG5MR;
    - iPhone 12, IMEI 356682111556770;
    - Apple MacBook Pro, S/N C02K70ZPF1G4; and
    - Alienware desktop computer D23M, Service Tag 74J1K93.

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

Dated this 7th day of June, 2022.

Brian Morris, Chief District Judge
United States District Court